Submitted on briefs July 11, affirmed July 27, petition for
rehearing denied September 14, 1972

McCULLOUGH, *Respondent, v.* McCULLOUGH
(No. 366-836), *Appellant.*

499 P2d 832

Otis E. McCullough, Portland, filed the brief pro se.

No appearance by respondent.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

PER CURIAM.

This case has been submitted on a brief pre-
pared and personally filed by the defendant husband.

The plaintiff wife has not answered. We have a transcript and a complete record before us which we have thoroughly reviewed. The trial court made a decree granting a divorce to the plaintiff, distributing the property in what we consider to be an equitable manner, and requiring the defendant to pay $100 per month alimony. They were married for nine years. She is 61 years old and disabled and he is about five years younger, and earning around $400 per month, plus receiving $70 per month as a veterans' pension. Our review of the record indicates that the court's decree was reasonable.

Affirmed.